IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF SCHOOL BOARDS, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:15-CV-369-RP |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On this day, the Court entered an order granting the parties' motion to dismiss. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that all claims and causes of action brought by Plaintiff are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all relief not expressly granted is hereby DENIED.

IT IS FINALLY ORDERED that the case is hereby CLOSED.

**SIGNED** on August 9, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE